George P. Lee, appellant, v. Roy L. Hammond, appellee. Gen. No. 32,546.

Opinion filed July 10, 1928.

George W. Killelea and Ziv, Loomis & Silvertrust, for appellant. J. Samuel Lieberman, Charles Waldman and Mesirow & Berger, for appellee; Irving G. Zazove, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.